IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNELLY J. LEBLANC** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-5215 |
| | : | |
| **CRAIG STEDMAN,** *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of December, 2011, upon consideration of the Defendant George Pappas's Motion For Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Document No. 102) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of defendant George Pappas and against plaintiff Donnelly J. LeBlanc.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.